IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY ADCOCK, MATTHEW BREWER, MICHAEL COTTRELL, and JOHNNY MARTINEZ, | ) ) ) ) |
| Plaintiffs, | ) ) NO. 3:23-cv-00795 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE NEWBERN |
| YELLOW CORPORATION, YRC INC. d/b/a YRC FREIGHT, USF HOLLAND, LLC NEW PENN MOTOR EXPRESS, LLC, and USF REDDAWAY, INC., | ) ) ) ) ) |
| Defendants. | ) |

# ORDER

The Court is in receipt of a Suggestion of Bankruptcy and Notice of Automatic Stay of Proceedings (Doc. No. 12) filed by Defendant Yellow Corporation and certain of its affiliates, including Defendants YRC Inc., USF Holland LLC, New Penn Motor Express LLC, and USF Reddaway, Inc. Accordingly, this case is automatically **STAYED**, pursuant to 11 U.S.C. § 362. The Clerk is **DIRECTED** to administratively close this case. Within **TEN DAYS** of the conclusion of the bankruptcy proceedings, Defendants shall file a status update, and Plaintiffs may move to reopen the case. It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE